IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) GO MART, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 5:14-cv-1234-M |
| | ) | |
| 1) EMPLOYERS MUTUAL CASUALTY COMPANY, et al., | ) ) | |
| | ) | Cleveland County |
| Defendants. | ) | Case No. CJ-2014-607 |

**NOTICE OF PENDING MOTION TO DISMISS OF THE DEFENDANT
ED BERRONG INSURANCE AGENCY, INC., APPEARING SPECIALLY**

COMES NOW, the Defendant, Ed Berrong Insurance Agency, Inc., appearing specially, and, pursuant to LCvR 81.2(b), Local Rules of the United States District Court for the Western District of Oklahoma, gives notice of its Special Appearance and Motion to Dismiss which was pending before the District Court of Cleveland County, State of Oklahoma, at the time this action was removed to this Court.  Attached hereto are the following documents:

1. Special Appearance and Motion to Dismiss of the Defendant Ed Berrong Insurance Company, Inc., and Brief in Support, filed in the District Court of Cleveland County, State of Oklahoma, October 3, 2014;

2. Plaintiff's Response to Defendant Ed Berrong Insurance Company, Inc.'s Motion to Dismiss, filed in the District Court of Cleveland County, State of Oklahoma, October 20, 2014; and

3. Defendant's Reply to Plaintiff's Response to Its Motion to Dismiss, filed in the District Court of Cleveland County, State of Oklahoma, October 31, 2014.

WHEREFORE, premises considered, the Defendant, Ed Berrong Insurance Agency, Inc., appearing specially, prays the Court to grant the attached motion, pending before the District

Court of Cleveland County, State of Oklahoma, at the time of removal, and to dismiss it as a party to this action.

                Respectfully submitted,

                **SECREST, HILL, BUTLER & SECREST**

        By:    s/ Edward J. Main
                JAMES K. SECREST, II, OBA #8049
                EDWARD J. MAIN, OBA #11912
                7134 South Yale, Suite 900
                Tulsa, OK  74136
                (918) 494-5905
                (918) 494-2847 Facsimile
                e-mail:   jsecrest@secresthill.com
                              emain@secresthill.com
                ATTORNEYS FOR DEFENDANT,
                ED BERRONG INSURANCE AGENCY, INC.

## **CERTIFICATE OF MAILING**

      This is to certify that on this 14th day of November, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing.  Based on the records currently on file, the Clerk of the Court will transmit a notice to the following ECF registrants:

| | |
|---|---|
| J. Drew Houghton | Phil R. Richards |
| dhoughton@fylaw.com | prichards@richardsconnor.com; |
| | Jessica N. Battson |
| Larry Bache | jbattson@richardsconnor.com |
| lbache@merlinlawgroup.com | Randy Lewin |
| *Attorneys for Plaintiff* | rlewin@richardsconnor.com |
| | *Attorneys for Defendant,* |
| | *Employers Mutual Casualty Co.* |

      This is to certify that on this 14th day of November, 2014, I placed in the U.S. Mail, the foregoing document to the following non-ECF registrants:

Phillip N. Sanov  
Merlin Law Group  
Three Riveway, Ste. 701  
Houston, TX  77056  
*Attorneys for Plaintiff*

                                                             s/ Edward J. Main