# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1) GO MART, INC., | ) |
|     Plaintiff, | ) |
| *versus* | ) |
| 1) EMPLOYERS MUTUAL CASULATY COMPANY, <br> 2) ED BERRONG INSURANCE AGENCY, INC., and <br> 3) LARRY DON UMBER, | ) Case No.   CIV-14-1234-M |
|     Defendants. | ) |

## AMENDED STIPULATION OF PARTIAL DISMISSAL

COMES NOW, Plaintiff and Defendants, pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and stipulate to the dismissal without prejudice of Defendants, Ed Berrong Insurance Agency, Inc., and Larry Don Umber.  Plaintiff specifically reserves all claims and causes of actions as to any other Defendants named or unnamed.

        Respectfully submitted,

        s/J.Drew Houghton
        J. DREW HOUGHTON, OBA #18080
        FOSHEE & YAFFE
        P. O. Box 890420
        Oklahoma City, OK 73189
        Telephone:  (405) 232-8080
        Facsimile:  (405) 601-1103
        dhoughton@fosheeyaffe.com
        Attorneys for Plaintiff(s)

        s/James K. Secrest, II_____
        James K. Secrest, II, OBA#8049
        Edward J. Main, OBA#11912
        Secrest, Hill, Butler & Secrest
        7134 South Yale, Suite 900
        Tulsa, OK 74136
        Telephone: 918-494-5905
        Facsimile: 918-494-2847
        jsecrest@secresthill.com
        emain@secresthill.com
        **Attorneys for Defendant, Ed Berrong Insurance Agency, Inc.**

        s/Phil R. Richards_____
        Phil R. Richards, OBA#10457
        Jessica N. Battson, OBA#22843
        12th Floor, Park Centre Bldg.
        525 S. Main Street
        Tulsa, OK 74103
        Telephone: 918-585-2394
        Facsimile: 918-585-1449
        prichards@richardsconnor.com
        jbattson@richardsconner.com
        **Attorneys for Defendants, Employers Mutual Casualty Company**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on this 21st day of November, 2014, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants and/or in accordance with the Federal Rules of Civil Procedure:

  James K. Secrest, II, OBA#8049
  Edward J. Main, OBA#11912
  Secrest, Hill, Butler & Secrest
  7134 South Yale, Suite 900
  Tulsa, OK 74136
  Telephone: 918-494-5905
  Facsimile: 918-494-2847
  jsecrest@secresthill.com
  emain@secresthill.com
  **Attorneys for Defendant, Ed Berrong Insurance Agency, Inc.**

Phil R. Richards, OBA#10457
Jessica N. Battson, OBA#22843
12th Floor, Park Centre Bldg.
525 S. Main Street
Tulsa, OK 74103
Telephone:   918-585-2394
Facsimile:    918-585-1449
prichards@richardsconnor.com
jbattson@richardsconner.com
**Attorneys for Defendants, Employers Mutual Casualty Company**

                                    s/J.Drew Houghton_____
                                    J. DREW HOUGHTON, OBA #18080