IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) GO MART, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 5:14-cv-01234-M |
| | ) |
| (1) EMPLOYERS MUTUAL CASUALTY COMPANY, | ) ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW the Plaintiff, Go Mart, Inc., and the Defendant, Employers Mutual Casualty Company, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure do stipulate to the dismissal with prejudice of the above-styled and numbered cause. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

/s/Jessica N. Battson
Phil R. Richards, OBA #10457
Jessica N. Battson, OBA #22843
Randy Lewin, OBA #16518
RICHARDS & CONNOR
12th Floor, ParkCentre Bldg.
525 S. Main Street
Tulsa, Oklahoma  74103
Telephone:  (918) 585-2394
Facsimile:  (918) 585-1449

ATTORNEYS FOR DEFENDANT
EMPLOYERS MUTUAL CASUALTY
COMPANY

        *s/J. Drew Houghton*
        *(Signed with permission of Plaintiff's Attorney)*
        J. Drew Houghton, Esq.
        Foshee & Yaffe
        P.O. Box 890420
        Oklahoma City, OK  73189

        ATTORNEY FOR PLAINTIFF
        GO MART, INC.

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2015, I electronically transmitted the attached document to the Clerk of the Court using the ECF System for filing and transmittal of Notice of Electronic Filing to the following ECF registrants:

J. Drew Houghton, Esq.
Foshee & Yaffe
P.O. Box 890420
Oklahoma City, OK  73189

Larry Bache, Esq.
Merlin Law Group
777 S. Harbor Blvd., 9th Floor
Tampa, FL  33602

Phillip N. Sanov, Esq.
Merlin Law Group
Three Riverway, Suite 701
Houston, TX  77056

ATTORNEYS FOR PLAINTIFF
GO MART, INC.

        */s/Jessica N. Battson*
        Jessica N. Battson